IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| GARY LEON BARNES, | : | |
| | : | |
| Petitioner, | : | Civil Action |
| | : | No. 3:15-cv-70 (CAR) |
| v. | : | |
| | : | HABEAS CORPUS |
| Commissioner HOMER BRYSON, | : | 28 U.S.C. § 2254 |
| | : | |
| Respondent. | : | |
| | : | |
| _____ | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 19] to grant Respondent's Motion to Dismiss and dismiss Petitioner's petition seeking a writ of habeas corpus under 28 U.S.C. § 2254 as untimely. Petitioner has filed an Objection to the Recommendation [Doc. 20]. In his Objection, Petitioner simply restates arguments he raised in his response to the Motion to Dismiss and which have been thoroughly addressed in the Recommendation. This Court has fully considered the record in this case and made a *de novo* determination of the portions of the Recommendation to which Petitioner objects. Having done so, the Court finds the Objection to be without merit.

Accordingly, the Magistrate Judge's Recommendation [Doc. 19] is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**. Respondent's Motion to

1

Dismiss [Doc. 11] is **GRANTED**, and Petitioner's Petition is **DISMISSED**. Additionally, because Petitioner has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED**.

It is SO ORDERED this 27th day of April, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

JRF